**ENDOTACH LLC, Plaintiff-Appellant**

v.

**COOK MEDICAL LLC,**
**Defendant-Appellee**

**2015-1357**

United States Court of Appeals,
Federal Circuit.

May 6, 2016

Jonathan Tad Suder, Glenn Schuyler Orman, Brett Michael Pinkus, Friedman, Suder & Cooke, Fort Worth, TX, for Plaintiff–Appellant.

Dominic P. Zanfardino, Esq., Jeffry M. Nichols, Jason Wayne Schigelone, Attorney, Brinks Gilson & Lione, Chicago, IL, for Defendant–Appellee.

Before DYK, MOORE, and HUGHES, Circuit Judges.

**ORDER**

Per Curiam.

IT IS ORDERED THAT:

The judgment of the United States District Court for the Southern District of Indiana is affirmed with respect to U.S. Patent No. 5,122,154 on the ground that the court did not err in concluding that laches precluded recovery. In light of our decision in No. 15-1784 affirming the invalidation of U.S. Patent No. 5,593,417, we need not reach the issue of non-infringement with respect to that patent.